GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 VENTURA BLVD., PENTHOUSE 2200
SHERMAN OAKS, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6877

Attorney for Defendant
KYN NAOPE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KYN NAOPE,<br><br>　　　　　　Defendant | ) Case No.: 15-CR-00133-GEB<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>) |

Having considered the parties' stipulation, the status conference for defendant Kyn Noape is continued from November 13, 2015 to January 15, 2016 commencing at 9:00 a.m., and time is excluded under the Speedy trial Act based on what is stated in the parties' stipulation.

**IT IS SO ORDERED.**

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge