BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYN NAOPE, <br><br> Defendants. | CASE NO. 2:15-CR-00133 GEB <br><br> STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND KYN NAOPE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant KYN

NAOPE, by and through their counsel of record, hereby stipulate as follows:

1.     This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

Criminal Procedure, and its general supervisory authority.

2.     This Stipulation and Order pertains to all discovery provided to or made available to

Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.     Defense counsel shall not disclose any of the discovery to any person other than his

respective defendant/client, witnesses that he is interviewing or preparing for trial, or attorneys, law

clerks, paralegals, secretaries, experts, and investigators involved in the representation of the

defendant in connection to this criminal case.

1

4.     The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Upon request of the government, defense counsel will return the discovery or certify that it has been shredded at the conclusion of the case and defense counsel's document retention obligations.

5.     In the event that the defendants obtain substitute counsel, undersigned defense counsel agrees to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

6.     Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

8.     If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

9.     Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.


DATED:        December 9, 2015


                                        /s/ Jared C. Dolan
                                        JARED C. DOLAN
                                        Assistant United States Attorney

DATED:        December 9, 2015


                                        /s/ George Mgdesyan
                                        GEORGE MGDESYAN
                                        Counsel for Defendant Kyn Naope

1

2

3

**O R D E R**

4

IT IS SO FOUND AND ORDERED this 9ᵗʰ day of December, 2015.

5

6

7

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Protective
Order 2:15-CR-00133 GEB

3