GEORGE G. MGDEYSAN, SBN 225476
Mgdesyan Law Firm
15260 Ventura Boulevard, Penthouse 2200
Sherman Oaks, CA 91403
Tel: (818) 386-6777
Fax: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
KYN NAOPE

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 15-CR-00133-GEB |
| | ) |
| Plaintiff, | ) |
| | ) **PROPOSED ORDER** |
| vs. | ) |
| | ) |
| KYN NAOPE, | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| _____ | ) |

    Having considered the parties' stipulation filed on January 11, 2016, the status conference for defendant Kyn Noape is continued from January 15, 2016 to April 22, 2016 commencing at 9:00 a.m., and time is excluded under the Speedy trial Act based on what is stated in the parties' stipulation.

**IT IS SO ORDERED.**

Dated:  January 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge