PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00133-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| KYN NAOPE, | DATE: June 24, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 24, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between June 24, 2016, and July 29, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, business records, and search warrant evidence and related documents in electronic form which, if printed, would comprise multiple boxes of material.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

1    b)    Counsel for defendant desires additional time because on June 24, 2016, he will

2    be engaged in a civil deposition in Los Angeles, and will begin trial in southern California on

3    July 5, 2016.  The trial is expected to take five to seven days.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of June 24, 2016 to July 29, 2016,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6    Dated:  June 23, 2016                          PHILLIP A. TALBERT
                                                     Acting United States Attorney

7

8                                                    /s/ JARED C. DOLAN
                                                     JARED C. DOLAN
9                                                    Assistant United States Attorney

10

11   Dated:  June 23, 2016                          /s/ GEORGE G. MGDESYAN
                                                     GEORGE G. MGDESYAN
12                                                   Counsel for Defendant
                                                     KYN NAOPE

13

14

15

16                        **FINDINGS AND ORDER**

17       IT IS SO FOUND AND ORDERED.

18

19           Dated:  June 24, 2016

20

21       _____

22       GARLAND E. BURRELL, JR.
         Senior United States District Judge

23

24

25

26

27

28