PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>KYN NAOPE,<br><br>           Defendant. | CASE NO. 2:15-CR-133 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 24, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on March 24, 2017.

2. By this stipulation, defendant now moves to continue the trial confirmation hearing until March 31, 2017.

3. Counsel for the defendant cannot make the currently-scheduled March 24, 2017 date due to a scheduling conflict. Counsel for defendant has indicated that the defendant anticipates entering a change of plea on March 31, 2017. In the event the defendant fails to enter a change of plea on March 31, 2017, as anticipated, counsel for defendant will be prepared to confirm for trial on that date.

4. The government does not object to the one-week continuance, and notes that time was previously excluded through the May 2, 2017, jury trial date. See ECF No. 32. The government is

1  prepared to proceed with a change of plea on March 31, 2017, or confirm for trial as scheduled.

2      IT IS SO STIPULATED.

Dated: March 22, 2017            PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: March 22, 2017            /s/ GEORGE MGDESYAN
GEORGE MGDESYAN
Counsel for Defendant
KYN NAOPE

**ORDER**

IT IS SO ORDERED.

Dated: March 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge