# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br><br>Kyn K. Naope | Case No. 2:15-CR-0133-GEB |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kyn K. Naope_____, have discussed with _____Julia Morris_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release: You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: The defendant has been testing since she was placed on pretrial supervision on July 31, 2015. The defendant has not sustained any positive drug/alcohol tests since that time.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/31/17       _____  3/31/2017
Signature of Defendant   Date         Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  3/31/17
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/31/17
Signature of Defense Counsel   Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on March 31, 2017

[ ] The above modification of conditions of release is *not* ordered.

_____                  March 31, 2017
Judicial Officer Signature              Date