GEORGE G. MGDEYSAN, SBN 225476
Mgdesyan Law Firm
15260 Ventura Boulevard, Penthouse 2200
Sherman Oaks, CA 91403
Tel: (818) 386-6777
Fax: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
KYN NAOPE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 15-CR-00133-GEB |
| Plaintiff, | ) |
| vs. | ) **PROPOSED ORDER** |
| KYN NAOPE, | ) |
| Defendant | ) |

Having considered the parties' stipulation, the sentencing date for defendant Kyn Noape is continued from June 16, 2017 to September 15, 2017.

**IT IS SO ORDERED.**

Dated: May 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge