GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 VENTURA BLVD., PENTHOUSE 2200
SHERMAN OAKS, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6877
Email: george@mgdesyanlaw.com

Attorney for Defendant
KYN NAOPE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-CR-00133-GEB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; PROPOSED FINDINGS AND ORDER |
| vs. | |
| KYN NAOPE, | Current Date: September 15, 2017<br>Proposed Date: September 29, 2017 |
| Defendant | |

Defendant, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. The Court held the change of plea hearing for Mr. Naope on March 31, 2017.

2. By order of the Court the sentencing hearing was scheduled for September 15, 2017.

3. Mr. Mgdesyan is involved in a trial before the Honorable P. Tamu Usher in Department B of the San Fernando Courthouse, case number 7SV01454. The trial is expected to last until Thursday, September 21, 2017.

4. By this stipulation, defendant now moves to continue the sentencing to September 29, 2017.

IT IS SO STIPULATED.

Dated: April 18, 2017                    Respectfully Submitted,
                                         MGDESYAN LAW FIRM

                                         /s/ *George G. Mgdesyan*
                                         George G. Mgdesyan
                                         Mgdesyan Law Firm
                                         Attorney for Defendant
                                         KYN NAOPE


Dated: April 18, 2017                    Respectfully Submitted,

                                         /s/ *Jared Dolan*
                                         Jared Dolan
                                         Assistant United States Attorney
                                         Attorney for Defendant
                                         UNITED STATES OF AMERICA

[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  September 14, 2017

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge