UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00133-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST** |
| KYN NAOPE, | |
| Defendant. | |

On November 11, 2017, Defendant Kyn Naope filed what he characterizes as a "request for an order" directing the United States of America:

> to produce to defense counsel, under an appropriate protective order, three sealed documents pertaining to defendant Donye Mitchell, who was convicted in U.S. v. Donye Mitchell, 11-cr-85-GEB, for his role in the same illegal scheme for which Naope was convicted. The three sealed documents are Docket numbers 14, 23 and 31 in the Mitchell case. Naope also seeks any 5K1 request the government submitted for Mitchell unless it is one of the foregoing sealed documents.

Req. For Order Requiring Gov't to Provide Naoppe Doc. Pertaining to Donye Mitchell i:19-25, ECF No. 59.

Naoppe states he "believes that the sealed documents contain information that would be favorable to Naope at

1

sentencing." Id. at 2:21-22. The United States of America opposes the request arguing, inter alia, Naoppe "fails to provide a single rule, statute, or case supporting the proposition that a defendant on direct appeal, well after sentencing, can successfully move a district court for production of sealed records in a different criminal case." Gov't Opp'n to Req. 5:1-3, ECF No. 60 (footnote omitted).

Naope does not explicitly seek court records from another criminal case, rather he requests an order directing the United States to give him documents it possesses which have been filed in another criminal case assigned to the undersigned judge. Naope does state in his reply that he seeks "access to [sealed] records [concerning another defendant in a separate criminal case] under an appropriate protective order." Reply 1:17-18. However, an argument raised in a reply brief which was not pointedly raised in an opening brief need not be considered. See Zamani v. Carnes, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").

Naope has already been sentenced, and judgment was imposed on September 29, 2017. Min., ECF No. 51. He has filed a notice of appeal in this case. Notice of Appeal, ECF No. 52.

Naope also argues in his reply that "[n]either his pending appeal nor the fact that he has not yet filed his §2255 motion is an impediment to his counsel having access to . . . [sealed] records [concerning a defendant in a separate criminal case] under an appropriate protective order." Reply 1:17-18. However, Naope has not shown that the district court should

consider his request for a document production order involving a defendant in another criminal case. Therefore, the request is denied. See generally United States v. Seugasala, 670 F. App'x 641, 641-42 (9th Cir. 2016)(discussing a district court's "inherent discretionary power to seal or unseal record items" in the case appealed when it determines exercise of this discretion may aid the appellate court "on review.").

Dated: December 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge