UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-cr-133-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| KYN NAOPE, | |
| Defendant. | |

The United States of America shall file a written response to Defendant Kyn Naope's request in his December 18, 2017 filing for an order changing his self-surrender date, no later than noon on December 22, 2017.

Dated: December 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1