UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYN NAOPE,<br><br>　　　　　Defendant. | No. 2:15-cr-133-GEB<br><br>ORDER DENYING DEFENDANT NAOPE'S REQUEST TO CHANGE THE DATE ON WHICH HE SHALL SURRENDER FOR THE SERVICE OF HIS SENTENCE |

　　　　On December 18, 2017, Defendant Kyn Naope filed a request to change the date on which he commences service of his prison sentence. Naope states in the request that the government opposes it. The government was ordered to file a written response to the request, and it responded in part arguing: "A district court does not have inherent authority to modify or amend the terms of a criminal judgment." Gov't Opp. 3:5–6, ECF 65.

　　　　Judgment was entered on October 17, 2017, and Defendant has not provided authority supporting his request. Therefore, the request is denied.

Dated: December 22, 2017

　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1