UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYN NAOPE,<br><br>　　　　Defendant. | No. 2:15-cr-133-GEB<br><br>ORDER DENYING REQUEST TO CHANGE DATE ON WHICH DEFENDANT COMMENCES SERVING HIS PRISON SENTENCE |

On December 28, 2017, Defendant filed a request for reconsideration of the ruling denying his request to delay the date on which he is required to commence serving his prison sentence. Defendant's motion for reconsideration is granted. Defendant argues in his reconsideration motion that his prison commencement date should be changed because he needs more time to make an appropriate placement for his two children. It is unfortunate that Defendant's imprisonment could have a negative effect on his children, but Defendant has had time to make arrangements for their care. Therefore, Defendant's motion seeking to change the date on which he commences serving his prison sentence is denied.

Dated: December 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge