UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-133-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING STAY** |
| KYN NAOPE, | |
| Defendant. | |

Defendant Kyn Naope ("Defendant") filed at 10:33 p.m., on January 3, 2018, a Motion for Bail Pending Appeal and for Temporary Stay of Surrender While the Court Considers This Motion. Defendant provides no statute, case, or rule which gives the district court the power to grant a stay in this instance. The Motion for a Stay of Surrender is, therefore, denied. The Government is ordered to respond to Defendant's Motion for Bail Pending Appeal no later than 4:30 p.m. Tuesday, January 9, 2018.

Dated: January 5, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1