UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>KYN NAOPE,<br>　　　　Defendant. | No. 2:15-cr-133-GEB<br><br>**ORDER** |

On January 5, 2018, the undersigned judge denied Defendant Kyn Naope's ("Defendant") request for a stay in his Motion for Bail Pending Appeal and for Temporary Stay of Surrender because Defendant "provide[d] no statute, case, or rule which g[a]ve[] the district court the power to grant a stay in this instance." ECF No. 71 at 1:16-17. The order further provided that the Government is to respond to the underlying motion by 4:30 p.m. today, January 9, 2018. ECF No. 71. That order was clarified after Pretrial Services contacted the undersigned judge regarding Defendant's then-impending self-surrender time, ECF No. 72, but that clarifying order was later vacated in a minute order in response to a stay granted by the Ninth Circuit based on the automatic stay provision of Ninth Circuit Rule 9-1.2(e). Order, Dkt. No. 6, United States v. Naope, No. 17-10444 (Jan. 5, 2018).

In light of the Ninth Circuit's order, the undersigned

1

judge vacates that part of ECF No. 71 ordering the Government to file an opposition to Defendant's motion by 4:30 p.m., today.

Instead, the parties are each ordered to file with the District Court by January 17, 2018, a brief on whether this court maintains jurisdiction to entertain Defendant's bail motion in light of the proceedings now before the Ninth Circuit and the stay issued by the Ninth Circuit.

Dated: January 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge