UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KYN NAOPE,<br><br>        Defendant. | No. 2:15-cr-133-GEB<br><br>**ORDER** |

On January 9, 2018, the undersigned suspended briefing on Defendant Kyn Naope's ("Defendant") motion for bail pending appeal and ordered the parties to submit briefs no later than January 17 on the question whether the District Court has jurisdiction to consider Defendant's bail motion, in light of Ninth Circuit's ruling staying Defendant's surrender date pending further action by the Ninth Circuit. Order, ECF No. 75. The United States ("Government") provided a substantive response detailing the District Court's jurisdiction. ECF No. 76. Defendant responded by, inter alia, directing the District Court to a Ninth Circuit order filed at 5:27 p.m. on January 17, 2018. ECF No. 77. In that order, the Ninth Circuit stayed a deadline for the Government "to file an opposition or statement of non-opposition to [Defendant's] motion for bail pending appeal filed in [the Ninth Circuit] . . . pending the district court's ruling on the pending bail motion in the first instance." Order, Dkt.

1

No. 8, United States v. Naope, No. 17-10444 (Jan. 17, 2018). Therefore, the Government's opposition to Defendant's bail motion, ECF No. 70, shall be filed on or before January 25, 2018. Defendant may file a reply on or before January 31, 2018.

Dated: January 18, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge