| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-133 GEB |
|---|---|
| Plaintiff, | REQUEST TO ORDER SURRENDER |
| v. | |
| KYN K. NAOPE, | |
| Defendant. | |

## **REQUEST TO ORDER SURRENDER**

On September 29, 2017, defendant Kyn Naope was sentenced to 60 months of imprisonment and ordered to surrender to the Bureau of Prisons by 2:00 P.M. on January 5, 2018. ECF Nos. 51, 53. Through various procedural mechanisms, the defendant attempted to delay service of his sentence. See ECF Nos. 63, 68, 70. On January 4, 2018, the day before he was ordered to surrender, Naope filed a motion for bail pending appeal with the Ninth Circuit, and the next day filed an emergency motion to stay his surrender date until that bail motion was decided. See C.A. No. 17-10444, Dkt. 3, 5. The Ninth Circuit granted the emergency motion on January 5, 2018, and Naope's self-surrender date was stayed pending resolution of his motion for bail pending appeal. Dkt. 6. On March 28, 2018, the Ninth Circuit denied Naope's motion for bail pending appeal.

Accordingly, the United States requests that this Court issue the enclosed proposed order specifying that Naope must self-surrender to the Bureau of Prisons without further delay, but in any

REQUEST TO ORDER SELF-SURRENDER

event no later than 2:00 PM on Monday, April 2, 2018.

Dated:  March 29, 2018               McGREGOR W. SCOTT
                                     United States Attorney

                                By:  */s/ Matthew M. Yelovich*
                                     MATTHEW M. YELOVICH
                                     Assistant United States Attorney

McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-133 GEB |
| Plaintiff, | ORDER REGARDING SURRENDER |
| v. | |
| KYN K. NAOPE, | |
| Defendant. | |

Upon application of the United States of America and given the denial of bail pending appeal, and Defendant Kyn Naope's Request to Set Self-Surrender, ECF No. 88, it is hereby ordered that Defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons no later than 4 p.m April 10, 2018.

Dated: April 4, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER