1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYN K. NAOPE,<br><br>Defendant. | CASE NO. 2:15-CR-00133-KJM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Kyn K. Naope filed a motion for reduction in sentence and compassionate release on August 5, 2020. ECF No. 94. Pursuant to local rule, the government's response is due by August 11, 2020, and any reply due August 17, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request, and requests additional time to prepare the reply brief.

2. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, ECF No. 94, will be due on August 19, 2020; and

    b) The defense reply, if any, will be due on August 26, 2020.

IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 7, 2020

                                        */s/ Melanie L. Alsworth*
                                        MELANIE L. ALSWORTH
                                        Assistant United States Attorney

Dated: August 7, 2020                /s/ *Harry W. Simon*
                                        HARRY W. SIMON
                                        Counsel for Defendant Kyn K. Naope

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, ECF No. 94, is due on August 19, 2020; and

    b)    The defense reply, if any, will be due on August 26, 2020.

IT IS SO ORDERED.

DATED: August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE